**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1114**

---

GEORGE A. STATEN,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CA-99-830-5-F(1))

---

Submitted: April 12, 2001        Decided: April 18, 2001

---

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George A. Staten, Appellant Pro Se. Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George A. Staten appeals the district court's order dismissing his civil complaint, in which he sought a refund of all taxes paid into the Social Security system.  We have reviewed the record and the district court's opinion and find no reversible error.  Suits of this type are expressly prohibited under 42 U.S.C.A. § 405(h) (West 2000).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Moreover, even assuming Staten could bring this action, the Internal Revenue Service, which collects Social Security taxes, would be the proper Defendant, not the Social Security Administration.

2